**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Akanthos Capital Management, LLC, et al.,

       Plaintiffs,                            Civil No. 09-3664 (RHK/FLN)

vs.                                         **DISQUALIFICATION AND**
                                                **ORDER FOR REASSIGNMENT**

CompuCredit Holdings Corporation,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 22, 2009

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                          United States District Judge